

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00450-CV

Ex Parte Julio Cesar Martinez

On Appeal from the
197th District Court of Cameron County, Texas
Trial Cause No. 2013-DCL-6131-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERED. Costs of the appeal are taxed against the party incurring same.

We further order this decision certified below for observance.

December 19, 2014